# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THRASHER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAKER TILLY US, LLP, successor in interest to Vanilla, Inc.; and VANILLA INC., <br><br> Defendants. | 8:24CV182 <br><br> ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 36) is granted and Keith W. Catt is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Keith W. Catt in this case.

Dated this 27th day of February, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge