# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **THRASHER, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**BAKER TILLY US, LLP, successor in interest to Vanilla, Inc.;**<br><br>　　　　　**Defendant.** | **8:24CV182**<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 41) is granted and Carol A. Svolos is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Carol A. Svolos in this case.

Dated this 21st day of May, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge