**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| THRASHER, INC.,<br><br>      **Plaintiff,**<br><br>  **vs.**<br><br>BAKER TILLY US, LLP, successor in<br>interest to Vanilla, Inc.; and VANILLA,<br>INC.<br><br>      **Defendants.** | **8:24CV182**<br><br>**TRIAL SETTING ORDER** |

This matter is before the Court on the Plaintiff's Unopposed Text Email Motion to continue trial (Filing No. 58). After review of the motion, the Court finds good cause to grant the continuance as follows:

**IT IS ORDERED** that the Trial Setting Order (Filing No. 55) is amended as follows:

1) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **March 13, 2026**.[1]

2) The deadline for all remaining depositions, including but not limited to depositions for oral testimony only under Rule 45, remains **May 1, 2026**.[2]

3) The deadline for filing motions to dismiss and motions for summary judgment remains **June 1, 2026**.

4) The Final Pretrial Conference set for September 15, 2026, is cancelled. The Final Pretrial Conference is rescheduled and set to be held before the undersigned magistrate judge on **January 5, 2027**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on September 8, 2026**.

5) The jury trial set for October 20, 2026, is cancelled. The jury trial of this case rescheduled and set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **8:30 a.m.** on **February 9, 2027**, or as soon thereafter as the case may be called, for a duration of **four (4)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

6) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

---

[1] The parties have not disclosed and do not intend to use experts at trial.

[2] All limitations agreed upon by the parties remain as previously ordered.

7)    Each party may file no more than five (5) motions in limine. Motions for leave to file additional motions in limine should be directed to the trial judge.

Dated this 6th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge